[No. 13614–7–II. Division Two. July 11, 1991.]

THE CITY OF OCEAN SHORES, *Respondent,* v. DARRIN
J. MARKS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 88–1–00253–6, Michael G. Spencer, J.,
entered February 5, 1990. *Affirmed* by unpublished opinion
per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J.,
and Alexander, J.

[No. 13814–0–II. Division Two. July 11, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL
McCORMICK, *Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. 89–1–00205–1, James B. Sawyer II, J., entered
April 2, 1990. *Affirmed in part* and *remanded* by unpub-
lished opinion per Petrie, J. Pro Tem., concurred in by
Worswick, C.J., and Alexander, J.

[No. 13595–7–II. Division Two. July 11, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
JOSEPH LeCOMPTE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 89–1–03159–2, J. Kelley Arnold, J., entered
January 25, 1990. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Worswick, C.J., and
Morgan, J.